AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:20-cr-00240-JLT-SKO   Document 302   Filed 04/15/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:20CR00240-005 JLT SKO |
| RENATO AGUILERA | ) | |
| | ) | USM No: 20386-509 |
| Date of Original Judgment: 4/29/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Peggy Sasso, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 5/4/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 3/26/2024

*Jennifer L. Thurston*
*Judge's signature*

Effective Date: Up to 10 days from the date of this order
*(if different from order date)*

Jennifer L. Thurston, U.S. District Court Judge
*Printed name and title*